In Mandamus. On relators' bill and supplemental submission in support of attorney fees. Relators are awarded $2,716 in attorney fees and a refund of costs of $140.

**98–1714. State ex rel. LTV Steel Co. v. Indus. Comm.**
Franklin App. No. 97APD06–859. On motion to strike pages 29–33 of exhibit A of appellant's supplement to briefs. Motion denied.
RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1879. Agley v. Tracy.**
Board of Tax Appeals, No. 96–R–302. *Sua sponte,* cause consolidated with 98–1880 and 98–1881, *infra.*

**98–1880. Agley v. Tracy.**
Board of Tax Appeals, No. 96–R–301. *Sua sponte,* cause consolidated with 98–1879, *supra,* and 98–1881, *infra.*

**98–1881. Timmis v. Tracy.**
Board of Tax Appeals, No. 96–R–303. *Sua sponte,* cause consolidated with 98–1879 and 98–1880, *supra.*

**98–2295. State ex rel. Taxpayers Coalition v. Lakewood.**
In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted, oral argument denied, and the respondents are ordered to submit under seal unredacted copies of any of the requested records that they claim are exempt from disclosure.

**99–23. State v. Fontes.**
Union App. No. 14–97–45. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed December 7, 1998:
"Upon consideration of appellant's motion to certify a conflict under Article IV, Section 3(B)(4) of the Ohio Constitution, the judges of this court find that the judgment in this case is in conflict with the judgments pronounced upon the same question by the Fourth District Court of Appeals in *State v. Waszily* (1995), 105 Ohio App.3d 510 [664 N.E.2d 600]; the Eighth District Court of Appeals in *State v. Lewis* (1992), 78 Ohio App.3d 518 [605 N.E.2d 451]; and the Tenth District Court of Appeals in *State v. Flowers* (1984), 16 Ohio App.3d 313 [16 OBR 344, 475 N.E.2d 790].
"The issue upon which the conflict exists: Pursuant to R.C. 2911.11(A), must the purpose to commit a criminal offense be formed at or before the time of trespass in an occupied structure or may it evolve during the course of the trespass?"
RESNICK and F.E. SWEENEY, JJ., dissent.

**99–42. Burger Realty, Inc. v. Newton.**
In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted and oral argument denied.

**99–59. State v. Jones.**
Franklin App. No. 98AP–129. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–79. Springs v. Donofrio.**
In Procedendo. On motion to dismiss. *Sua sponte,* alternative writ granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would dismiss the cause.

**99–107. State v. Swalcy.**
Portage App. No. 97–P–0075. On motion for stay of court of appeals' judgment. Motion granted.
F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.
On motion for bail. Motion denied.
F.E. SWEENEY, J., would set bail at $50,000.
COOK, J., would continue bail at $5,000.